IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | | | |
|---|---|---|---|---|
| IN RE: | Jennifer A. Bradley | § | Case Number: | 11-41172-RJN-13 |
| | | § | | |
| | Debtor(s) | § | Chapter: | 13 |

**REQUEST FOR NOTICE UNDER BANKRUPTCY RULE 2002**

PLEASE TAKE NOTICE THAT BMW Bank of North America, Inc hereby gives notice as follows:
Pursuant to 11 U.S.C. §342(f)(1), Ascension Capital Group, Inc. hereby requests that:
    (i)      all notices given or required to be given in the case; and
    (ii)     all pleadings and correspondence served or required to be served in this case,

regarding BMW Bank of North America, Inc should be directed to Ascension Capital Group, Inc. at the following mailing address effective immediately:

  Ascension Capital Group, Inc.
  Attn:  BMW Bank of North America, Inc Department
  Account:  XXXXXXXXXXXX6975
  P.O. Box 201347
  Arlington, TX 76006

    This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9008 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case.

    Respectfully submitted,

    /s/ S. Blair Korschun
    S. Blair Korschun
    Bankruptcy Servicer for BMW Bank of North America, Inc
    Ascension Capital Group, Inc.
    P.O. Box 201347
    Arlington, TX 76006
    (817) 277-2011, Fax (817) 461-8070
    ecfnotices@ascensioncapitalgroup.com
    File # 681141