**Entered on Docket**
**June 13, 2013**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA




PATRICK L. FORTE #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

**The following constitutes the order of the court.**
**Signed June 13, 2013**

**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

**In re:**

**RICHARD SCOTT BRADLEY and JENNIFER ANN BRADLEY**

**Debtors.**
_________________________________/

**Case No. 11-41172 WJL**

**Chapter 13**

**ORDER MODIFYING CHAPTER 13 PLAN**

The above named debtors having served a Motion to Modify Chapter 13 Plan on May 9, 2013, and any opposition, if received, having been resolved and good cause appearing therefor;

**IT IS ORDERED** that debtors' Chapter 13 Plan be modified as follows:

Commencing May 2013, debtors will pay $1,365.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

**END OF ORDER**

**COURT SERVICE LIST**

' No physical service required '



Case: 11-41172 Doc# 64 Filed: 06/13/13 Entered: 06/13/13 14:39:40 Page 2 of 2